IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 21  A 11: 19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **FRANK BLAIR,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **AETNA LIFE INSURANCE COMPANY, AMERICOLD LOGISTICS, LLC, DAWN SANFORD, et al.,** | ) CIVIL ACTION NUMBER ) 2:06cv651-MEF ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendants Aetna Life Insurance Company ("Aetna"), AmeriCold Logistics, LLC ("AmeriCold"), and Dawn Sanford (collectively "Defendants"), move this Court to grant summary judgment in their favor. As grounds for this motion, Defendants state as follows:

1. Plaintiff (and AmeriCold employee) Frank Blair, the alleged widower of Sandra Blair, has sued Defendants for benefits under the Life Insurance and Accidental Death & Personal Loss Coverage (the "Plan"). Plaintiff has not, as required by the Plan's administrative procedures, appealed Aetna's initial denial of his spousal life insurance claim. Instead, Plaintiff has filed the Complaint in this lawsuit. (Aff. of

Ronald L. Campo, Jr. at ¶ 8, which is attached as Ex. 2 to Defs.' Notice of Removal).

   2. Plaintiff's Complaint fails to plead unavailability or exhaustion of administrative remedies. Therefore, this Court may in its discretion dismiss Plaintiff's claim. *Byrd v. MacPaper, Inc.*, 961 F.2d 157, 160 (11th Cir. 1992).

   3. "The law is clear in this circuit that plaintiffs in ERISA actions must exhaust available administrative remedies before suing in federal court." *Counts v. Am. Gen. Life and Accident Ins. Co.*, 111 F.3d 105, 107 (11th Cir. 1997); *see also Harrison v. United Mine Workers of Am. 1974 Benefit Plan & Trust*, 941 F. 2d 1190, 1193 (11th Cir. 1991). Because Plaintiff has not exhausted the available administrative remedies, this Court should dismiss this action against Defendants, or alternatively, grant summary judgment in their favor.

   4. In addition, and as reflected in Paragraph 6 of Ronald Campo's Affidavit, the Plan's express terms provide spousal life insurance coverage only to a claimant's "legal spouse." Plaintiff and his wife, Sandra Blair, were divorced in 1997. (*See* Case Action Summary for the matter of *Sandra Blair v. Frank Blair*, DR 1997-460, in the Circuit Court of Montgomery County, Alabama, attached hereto as Ex. 1; Sandra Blair's

Death Certificate, attached hereto as Ex. 2 (documenting that Sandra Blair was divorced at the time of her death)). Accordingly, Plaintiff was not married to Sandra Blair when she passed away on June 16, 2004. Because Plaintiff cannot satisfy the express terms of the Plan's insurance coverage requirements, this Court should grant summary judgment in Defendants' favor.

WHEREFORE, Defendants request this Court to dismiss this action for failure to plead exhaustion of administrative remedies or for failure to satisfy the Plan's insurance coverage requirements, or, in the alternative, to grant summary judgment in Defendants' favor.

Respectfully Submitted,

*/s/ James S. Christie, Jr.*
James S. Christie, Jr. (CHR011)
Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Attorneys for Defendants
Aetna Life Insurance Company
AmeriCold Logistics, LLC,
and Dawn Sanford

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

Ralph Bohanan, Jr.
Bohanan & Knight, P.C.
Suite 318 North
Birmingham, Alabama 35243

by placing a copy in the United States Mail, postage prepaid, on this 21st day of July, 2006.

_____
One of the Attorneys for Defendants

# EXHIBIT "1"

 *alacourt.com's*

## OffLine Case Detail

## Complete Through 7/11/2006

**Settings** | **Parties** | **Witness List**

You can check this case in the RealTime System here

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | | Case Number | DR199700046000 | JID | RHD | REF | |
| Style | SANDRA MICHELLE BLAIR VS FRANK BLAIR | | | | | | |
| Code | DRDR | Type | DIVORCE | Filed | 4/17/1997 | Trial | B |
| Child | | Status | D | Plaintiffs | 001 | Defendants | 001 |
| DJID | RHD | Court Action | S - SETTLED/ANSWER WAIVER 6/3/1997 %> | | | For | B |
| DHR | X | ADC | | UIFSA | | DNA | |
| FLAG | | ORIGN | O | Trial Days | | 1st Date | |
| DISSOLU: X | CUSTOD: | LEGSEP: | MOD: | ANNUL: | PROTORD: | TRO: | |
| SUPPORT: | PATRNTY: | IWO: | GARN: | ARREAR: | CONTMPT: | ALIMNY: | |
| Amount | | FREQ | | Pay To | 000 | Cost Paid By | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | 00 |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 000000000000 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C001 | Name | BLAIR SANDRA MICHELLE | | | Type | I |
| INDX | FRANK | ANAM | | | | JID | RHD |
| SSN | XXX-XX-5796 | Address 1 | 26 ELCAR CIRCLE | | | Sex | F |
| DOB | 10/12/1964 | Address 2 | | | | Race | B |
| Country | US | City | MONTGOMERY AL 36108 | | | Phone | 000-000-0000 |
| Atty 1 | FRE021 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | S | Date | 6/3/1997 | For | B | Exep | |
| AMT | 242.65 | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D001 | Name | BLAIR FRANK | | | Type | I |
| INDX | SANDRA | ANAM | | | | JID | RHD |
| SSN | XXX-XX-3290 | Address 1 | 3126 RANE DRIVE | | | Sex | M |
| DOB | 5/21/1958 | Address 2 | | | | Race | B |
| Country | US | City | MONTGOMERY AL 36108 | | | Phone | 000-000-0000 |
| Atty 1 | 000000 | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | S | Date | 6/3/1997 | For | B | Exep | |
| AMT | 242.65 | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 3 | | | | | |
|---|---|---|---|---|---|
| Party | H001 | Name | AMERICOLD LOGISTICS. LLC | Type | B |
| INDX | WITHHOLDER | ANAM | | JID | RHD |
| SSN | XXX-XX-0460 | Address 1 | 10 GLENLAKE PKWAY | Sex | |
| DOB | | Address 2 | SUITE 800 | Race | |
| Country | | City | ATLANTA GA 30328 | Phone | 000-000-0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 |
| Atty 5 | | Atty 6 | | | |
| Issued | | Type | | Reissue | Type |
| Return | | Type | | Return | Type |
| Service | | Type | | Serv On | By |
| Answer | | Type | | NS Not | NA Not |
| Warrant | | Type | | Arrest | |
| CACT | | Date | | For | Exep |
| AMT | | Cost | | Other | Satisfied |
| Comment | | | | | |

### Case Action Summary

| Date | Code | Comments | Operator |
|---|---|---|---|
| 4/17/1997 10:17:58 AM | FILE | FILED THIS DATE: 04/17/97 | TAF |
| 4/17/1997 10:17:59 AM | TDMN | NON-JURY TRIAL REQUESTED | TAF |
| 4/17/1997 10:17:59 AM | ASSJ | ASSIGNED TO JUDGE: RICHARD H. DORROUGH | TAF |
| 4/17/1997 10:27:32 AM | PART | BLAIR SANDRA MICHELLE ADDED AS C001 | TAF |
| 4/17/1997 10:27:33 AM | ATTY | LISTED AS ATTORNEY FOR C001: FREEMAN, DOUGLAS | TAF |
| 4/17/1997 10:28:10 AM | PART | BLAIR FRANK ADDED AS D001 | TAF |
| 4/17/1997 10:28:11 AM | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE | TAF |
| 4/17/1997 10:28:38 AM | TEXT | 1. PETITION FOR DIVORCE | TAF |
| 4/17/1997 10:28:39 AM | TEXT | 2. ANSWER & WAIVER | TAF |
| 4/17/1997 10:28:40 AM | TEXT | 3. AFFIDAVIT | TAF |
| 4/17/1997 10:28:41 AM | TEXT | 4. SEPARATION AGREEMENT | TAF |
| 4/17/1997 3:55:39 PM | TEXT | 5. ORDER OF ATTENDANCE | MER |
| 5/20/1997 1:29:40 PM | TEXT | 6. ORDER: TEN DAYS NOTICE | BEB |
| 5/29/1997 4:50:13 PM | TEXT | 7. FIT CERT. FOR WIFE & CHILD (FILED 4/17/97) | MER |
| 6/4/1997 8:24:19 AM | CACJ | COURT ACTION JUDGE: RICHARD H. DORROUGH | TAF |
| 6/4/1997 8:24:20 AM | DISP | DISPOSED ON: 06/03/97 BY DIVORCE 542 | TAF |
| 6/4/1997 8:29:48 AM | TEXT | 9. IWO | TAF |
| 6/4/1997 8:29:49 AM | TEXT | 10. CY #9 SHERIFF/EMPL (EX: 6-13-97) | SHM |
| 6/9/1997 1:49:05 PM | JAMT | JUDGMENT OF $242.65 AGAINST C001 ON 06/09/97 | VIL |
| 6/9/1997 1:49:51 PM | JAMT | JUDGMENT OF $242.65 AGAINST D001 ON 06/09/97 | VIL |
| 7/11/1997 8:23:00 AM | TEXT | 11. EMPLOYER'S ANSWER | SHM |
| 9/12/2000 12:30:13 PM | PART | AMERICOLD LOGISTICS. LLC ADDED AS H001 (AV21) | MAM |
| 10/17/2000 10:19:39 AM | VERI | IWO STATUS CHANGED FROM: P TO V (AV27) | BRH |
| 5/3/2002 10:51:51 AM | TEXT | 12. EMPLOYERS NOTICE PAYROLL CHANGE FORM WEEKLY | SHM |
| 5/3/2002 10:51:52 AM | TEXT | TO BIWEEKLY | SHM |

# EXHIBIT "2"

# ALABAMA
## CERTIFICATE OF DEATH

State File Number: 101

| Field | Value |
|---|---|
| 1. Deceased Name | Sandra Michelle BLAIR |
| 2. Date of Death | June 16, 2004 |
| 3. County of Death | Montgomery |
| 4. City, Town, or Location of Death and Zip Code | Montgomery 36108 |
| 5. Inside City Limits | yes |
| 6. Place of Death | 26 Elcar Circle |
| 8. Of Hispanic Origin | No |
| 9. Race | Black |
| 10. Sex | Female |
| 11. Age | 39 yrs |
| 13. Date of Birth | October 12, 1964 |
| 14. Social Security Number | 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 |
| 15. Education (College) | 2 |
| 16. Marital Status | Divorced |
| 18. Ever in Armed Forces | No |
| 19. State of Birth | Alabama |
| 20. Residence-State | Alabama |
| 21. County | Montgomery |
| 22. City, Town, or Location and Zip Code | Montgomery 36108 |
| 23. Inside City Limits | yes |
| 24. Street and Number | 26 Elcar Circle |
| 25. Informant | Terrance Billups, 6930 Wrangler Road, Montgomery, AL 36117 |
| 26. Usual Occupation | Teacher |
| 27. Kind of Business or Industry | Montgomery County Headstart |
| 28. Father's Name | Joe Lewis Hall |
| 29. Maiden Name of Mother | Ida Pearl Langford |
| 30. Disposition of Body | Burial |
| 31. Date of Disposition | June 19, 2004 |
| 32. Cemetery or Crematory | Long |
| 33. Location | Millbrook, AL |
| 34. Funeral Home | Phillips-Riley F.H., 2284 W. Fairview Ave., Montg., AL 36108 |
| 35. Funeral Director Signature | Annie M. Queen-Phillips |
| 36. Date Signed | June 18, 2004 |
| 38. Date Signed | 7/6/04 |
| 39. Time and Date of Death | 8:35am 6/16/04 |
| 41. Name and Title of Person Who Completed Cause of Death | DAVID G MORRISON MD |
| 42. Address | 2055 East South Blvd, Montgomery AL 36116 |
| 43. Certifier License Number | 20819 |
| 44. Registrar Signature | Brenda Davis |
| 45. Date Filed | July 8, 2004 |

## MEDICAL CERTIFICATION

46. Part I. Immediate Cause: **LUNG CANCER** — Approximate Interval Between Onset and Death: 2 years

49. Manner of Death: Natural
50. Autopsy: No
48. Pregnancy in Last 42 Days: No

This is a legal record and must be filed within five (5) days after death.

ADPH-HS 2/Rev. 11-9

---

This is a true and exact copy of the record on file with the Montgomery County Health Department



Brenda Davis — July 8, 2004