# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FRANK BLAIR,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NUMBER |
| **AETNA LIFE INSURANCE** | ) 2:06-cv-651 |
| **COMPANY, AMERICOLD** | ) |
| **LOGISTICS, LLC, DAWN** | ) |
| **SANFORD, et al.,** | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Aetna Life Insurance Company ("Aetna") identifies Aetna Inc.

s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)

s/Amelia T. Driscoll
Amelia T. Driscoll (DRI016)
One Federal Place
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendant
Aetna Life Insurance Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ralph Bohanan, Jr.
      Bohanan & Knight, P.C.
      Suite 318 North
      Birmingham, Alabama  35243
      ralphb@bohananknight.com

and I hereby certify that I have mailed by United States Postal Service on this 24th day of July, 2006 the document to the following non-CM/ECF participants:

      None.

                                              s/Amelia T. Driscoll
                                              Amelia T. Driscoll (DRI016)
                                                  One Federal Place
                                    Bradley Arant Rose & White LLP
                                        1819 Fifth Avenue North
                                      Birmingham, AL 35203-2104
                                          Telephone: (205) 521-8000
                                          Facsimile: (205) 521-8800

                                      One of the Attorneys for Defendant
                                      Aetna Life Insurance Company

1/1473846.1