IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NUMBER |
| AETNA LIFE INSURANCE | ) 2:06-cv-651 |
| COMPANY, AMERICOLD | ) |
| LOGISTICS, LLC, DAWN | ) |
| SANFORD, et al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, AmeriCold Logistics LLC ("AmeriCold") states: The sole member of AmeriCold Logistics, LLC is ART AL LLC, a taxable REIT subsidiary of AmeriCold Realty Trust (a Maryland realty trust company). AmeriCold Realty Trust is owned by three investors: (1) Vornado Realty Trust ("Vornado"); (2) Crescent Realty Trust ("Crescent"); and (3) Yucaipa Companies ("Yucaipa"). Yucaipa is a major private equity firm; Vornado and Crescent are publicly traded REITS. All three investors own more than 10% of the shares of AmeriCold Realty Trust.

2

        s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)


        s/Amelia T. Driscoll
Amelia T. Driscoll (DRI016)
One Federal Place
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendant
AmeriCold Logistics, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Ralph Bohanan, Jr.
      Bohanan & Knight, P.C.
      Suite 318 North
      Birmingham, Alabama  35243
      ralphb@bohananknight.com

and I hereby certify that I have mailed by United States Postal Service on this 25th day of July, 2006 the document to the following non-CM/ECF participants:

      None.

                                       s/Amelia T. Driscoll
                                Amelia T. Driscoll (DRI016)
                                    One Federal Place
                          Bradley Arant Rose & White LLP
                              1819 Fifth Avenue North
                              Birmingham, AL 35203-2104
                                 Telephone: (205) 521-8000
                                 Facsimile: (205) 521-8800

                          One of the Attorneys for Defendant
                             AmeriCold Logistics, LLC

1/1474240.1