IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

FRANK BLAIR,                                )
                                            )
          Plaintiff,                        )
v.                                          )    CASE NO. 2:06-cv-651-MEF
                                            )
AETNA LIFE INSURANCE COMPANY,  )
*et al.,*                                   )
                                            )
          Defendants.                       )

# **O R D E R**

Upon consideration of the defendants' Motion to Dismiss, or in the alternative, Motion

for Summary Judgment  (Doc. #2) filed on July 21, 2006, it is hereby ORDERED that:

1.  The plaintiff shall file a response which shall include a brief and any evidentiary

materials on or before August 10, 2006.

2.  The defendants may file a reply brief on or before August 17, 2006.

DONE this 27th day of July, 2006.


_____
          /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE