IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK BLAIR, an individual, § § Plaintiff, § § v. § AETNA LIFE INS COMPANY, § AMERICOLD LOGISTICS, LLC, § DAWN SANFORD, et al. § Defendants. § | CIVIL ACTION NO. 06-651-MEF |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Come now the plaintiff, by and through his counsel of record, and files this Motion for Extension of Time to Respond to Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. In support of said motion, plaintiff would show the Court the following:

1. This lawsuit was filed on June 14, 2006 in the Circuit Court on Montgomery County, Alabama.

2. Defendants filed a Notice of Removal on or about June 21, 2006.

3. Contemporaneously with the filing of their Notice of Removal, Defendants filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

4. By order dated July 27, 2006, this Honorable Court ordered the plaintiff to file a response to the motion to dismiss on or before August 10, 2006.

5. In order to fully and adequately respond to the motion to dismiss, it is necessary for plaintiff's counsel to meet with plaintiff and discuss the issues set forth in defendants' motion to dismiss.

6. As of the filing of this motion, plaintiff's counsel has not been able to schedule this meeting.

WHEREFORE, PREMISES CONSIDERED, plaintiff respectfully requests a ten (10) day extension of time in order to respond to defendants' motion to dismiss or, in the alternative, motion for summary judgment, in the above entitled and numbered cause.

Respectfully submitted:

/S/Ralph Bohanan, Jr.
RALPH BOHANAN, JR. (BOH-002)
Attorney for Plaintiff

**OF COUNSEL**:

BOHANAN & KNIGHT, P.C.
One Perimeter Park South
Suite 318 North
Birmingham, Alabama 35243
Telephone: (205) 977-2200
Facsimile: (205) 977-2555

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 4th day of August, 2006, a true and correct copy of the foregoing pleading was served on all counsel of record by hand delivery or by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

**AETNA LIFE INSURANCE COMPANY**
**AMERICOLD LOGISTICS, LLC**
**DAWN SANFORD**
James S. Christie, Jr., Esq.
Amelia Driscoll, Esq.
Bradley Arant
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

/S/Ralph Bohanan, Jr.
OF COUNSEL