IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK BLAIR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-651-MEF |
| | ) |
| AETNA LIFE INSURANCE | ) |
| COMPANY, *et. al.*, | ) |
| | ) |
|     Defendants. | ) |

### **ORDER**

This cause is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. # 7). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Plaintiff shall file a response to the Motion to Dismiss, or in the alternative, Motion for Summary Judgment on or before August 21, 2006. Defendants may file a reply brief on or before August 28, 2006.

DONE this the 4th day of August, 2006.

                                                      /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE