IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-651-MEF |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendants' Motion to Stay Rule 26(f)'s Discovery

Conference Requirements  (Doc. #11) filed on August 31, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of September, 2006.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE