IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| FRANK BLAIR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-651-MEF |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that the stay of the Rule 26(f) discovery conference granted by the Court on September 11, 2006 is lifted.

DONE this the 28th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE