# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **FRANK BLAIR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION NUMBER** |
| **AETNA LIFE INSURANCE** | ) | **2:06-cv-651** |
| **COMPANY, AMERICOLD** | ) | |
| **LOGISTICS, LLC, DAWN** | ) | |
| **SANFORD, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Dawn Sanford, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: this party is an individual and there are no entities to be reported.

2

                    s/Amelia T. Driscoll
                    Amelia T. Driscoll
                    James S. Christie, Jr.
                    One Federal Place
                    Bradley Arant Rose & White LLP
                    1819 Fifth Avenue North
                    Birmingham, AL 35203-2104
                    Telephone: (205) 521-8000
                    Facsimile: (205) 521-8800
                    jchristie@bradleyarant.com
                    adriscoll@bradleyarant.com

                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Ralph Bohanan, Jr.
>Bohanan & Knight, P.C.
>Suite 318 North
>Birmingham, Alabama  35243
>ralphb@bohananknight.com

and I hereby certify that I have mailed by United States Postal Service on this 30th day of November, 2007 the document to the following non-CM/ECF participants:

>None.

>s/Amelia T. Driscoll
>Amelia T. Driscoll
>One Federal Place
>Bradley Arant Rose & White LLP
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>Telephone: (205) 521-8000
>Facsimile: (205) 521-8800
>
>One of the Attorneys for Defendants