IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK BLAIR, an individual, § § Plaintiff, § § v. § AETNA LIFE INS COMPANY, § AMERICOLD LOGISTICS, LLC, § DAWN SANFORD, et al. § Defendants. § | CIVIL ACTION NO. 06-651-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW FRANK BLAIR, a plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Respectfully submitted:

/S/ Ralph Bohanan, Jr.
RALPH BOHANAN, JR.
Attorney for Plaintiff
Bar Number: ASB-3857-B41R

**OF COUNSEL:**

BOHANAN & KNIGHT, P.C.
One Perimeter Park South
Suite 318 North
Birmingham, Alabama 35243
Telephone: (205) 977-2200
Facsimile: (205) 977-2555
ralphb@bohananknight.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the 4th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Amelia Driscoll at adriscoll@bradleyarant.com and James S. Christie, Jr. at jchristie@bradleyarant.com.


                                            /S/ Ralph Bohanan, Jr.
                                            OF COUNSEL