# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FRANK BLAIR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NUMBER** |
| **AETNA LIFE INSURANCE** | ) **2:06-cv-651** |
| **COMPANY, AMERICOLD** | ) |
| **LOGISTICS, LLC, DAWN** | ) |
| **SANFORD, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO COURT OF SETTLEMENT

COMES NOW Plaintiff Frank Blair and Defendants Aetna Life Insurance Company, Americold Logistics LLC, and Dawn Sanford, by and through undersigned counsel, and respectfully notify the Court that they have reached a tentative settlement of this matter. The parties are in the process of finalizing settlement and, upon doing so, will file a Joint Stipulation of Dismissal. In the meantime, the parties wanted to keep the Court apprized of the status of this matter and wanted to inform the Court that they will not be submitting a proposed Rule 26(f) discovery plan per this Court's November 28, 2007 Order (Doc. 15).

s/Amelia T. Driscoll
------------------------------
Amelia T. Driscoll
James S. Christie, Jr.
One Federal Place
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendants


s/Ralph Bohanan, Jr.
------------------------------
Ralph Bohanan, Jr.
Bohanan & Knight, P.C.
Suite 318 North
Birmingham, Alabama  35243
ralphb@bohananknight.com

Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Ralph Bohanan, Jr.
  Bohanan & Knight, P.C.
  Suite 318 North
  Birmingham, Alabama  35243
  ralphb@bohananknight.com

and I hereby certify that I have mailed by United States Postal Service on this 27th day of December, 2007 the document to the following non-CM/ECF participants:

  None.

            s/Amelia T. Driscoll
            Amelia T. Driscoll
            One Federal Place
            Bradley Arant Rose & White LLP
            1819 Fifth Avenue North
            Birmingham, AL 35203-2104
            Telephone: (205) 521-8000
            Facsimile: (205) 521-8800

            One of the Attorneys for Defendants