IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FRANK BLAIR,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AETNA LIFE INSURANCE** )<br>**COMPANY, AMERICOLD** )<br>**LOGISTICS, LLC, DAWN** )<br>**SANFORD, et al.,** )<br>)<br>Defendants. ) | **CIVIL ACTION NUMBER**<br>**2:06-cv-651** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Frank Blair and Defendants Aetna Life Insurance Company, Americold Logistics, LLC, and Dawn Sanford, by and through their undersigned counsel of record, hereby stipulate that Aetna Life Insurance Company, Americold Logistics, LLC, and Dawn Sanford may be dismissed with prejudice, each party to bear his, her, or its own cost.

/s/ Ralph Bohanan, Jr.
Ralph Bohanan, Jr.
Bohanan & Knight, P.C.
Suite 318 North
Birmingham, Alabama 35243
ralphb@bohananknight.com

Attorney for Plaintiff

1

/s/ James S. Christie
James S. Christie, Jr. (CHR011)
Amelia T. Driscoll (DRI016)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com
adriscoll@bradleyarant.com

Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ralph Bohanan, Jr.
Bohanan & Knight, P.C.
Suite 318 North
Birmingham, Alabama 35243

and I hereby certify that I have mailed by United States Postal Service on this 31st day of January, 2008 the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/Amelia T. Driscoll
Amelia T. Driscoll (DRI016)
One of the Attorneys for Defendants

2