IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANK BLAIR, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-651-MEF |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

## FINAL  JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. #22) filed by the parties on January 31, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 5th day of February, 2008.


               /s/ Mark E. Fuller
       CHIEF UNITED STATES DISTRICT JUDGE